**DENY; and Opinion Filed April 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00436-CV

### IN RE CHARLES HENSLEY MITCHELL, Relator

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14792**

## MEMORANDUM OPINION
Before Justices Francis, Myers, and Schenck
Opinion by Justice Schenck

In this petition for writ of mandamus relator contends the trial court violated a ministerial duty by failing to invalidate a durable power of attorney, which he contends was not signed before a notary. Relator raised a similar argument on direct appeal. *See Mitchell v. Houston*, No. 05-13-00618-CV, 2015 WL 544117, at *1 (Tex. App.—Dallas Feb. 10, 2015). We affirmed the trial court's judgment concluding relator had not preserved the issue for review.

A writ of mandamus is not a substitute for an appeal. *In re Bernson*, 254 S.W.3d 594, 596 (Tex. App.—Amarillo 2008, no pet.). Mandamus is an appropriate remedy only where appeal does not provide an adequate means for asserting the relator's claims. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). This is not such a situation.

We deny the petition.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

150436F.P05